# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**LARRY WAYNE JONES**                                                                       **PLAINTIFF**
**ADC # 70147**

**V.**                          **5:07CV00038-WRW/BD**

**CORRECTIONAL MEDICAL**
**SERVICES, INC.,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court DISMISSES WITHOUT PREJUDICE Plaintiff's claims against the John and Jane Doe Defendants pursuant to Fed. R. Civ. P. 4(m).

IT IS SO ORDERED this 5th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE