**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LARRY WAYNE JONES**                                                                              **PLAINTIFF
ADC #070147**

**v.**                                   **NO. 5:07CV00038 WRW/BD**

**CORRECTIONAL MEDICAL
SERVICES,** *et al.*                                                                               **DEFENDANTS**


<u>**ORDER**</u>

        The Court has received the Recommended Disposition from Magistrate Judge Beth

Deere.  The parties have not filed any objections.  After careful review of the Recommended

Disposition, as well as a *de novo* review of the record, the Court concludes that the

Recommended Disposition should be, and hereby is, approved and adopted as this Court's

findings in all respects in its entirety.

        Accordingly, the Court GRANTS Defendants' motion for summary judgment (docket

entry #40).  Plaintiff's claims are dismissed with prejudice.

        IT IS SO ORDERED this 14th day of August, 2008.


                                                        /s/ Wm. R. Wilson, Jr.
                                                        UNITED STATES DISTRICT JUDGE