IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LARRY WAYNE JONES**                                                                        **PLAINTIFF**
**ADC #070147**

**v.**                           **NO. 5:07CV00038 WRW/BD**

**CORRECTIONAL MEDICAL**
**SERVICES,** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this case with prejudice.

IT IS SO ORDERED this 14th day of August, 2008.

                                                       /s/ Wm. R. Wilson, Jr.
                                                       UNITED STATES DISTRICT JUDGE